UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20440-CR-GOLD

**UNITED STATES OF AMERICA,**

vs.

**CARLOS BENITEZ,
LUIS BENITEZ
** and **
JOSE BENITEZ,**

       **Defendants.**
_____/

## NOTICE OF RELATED CASE

The United States hereby provides notice that the above-captioned case is related to the *in rem* civil forfeiture action styled *United States of America v. One Helicopter, et al.,* Case No. 09-CV-21429-HUCK.

          Respectfully submitted,

          R. ALEXANDER ACOSTA
          UNITED STATES ATTORNEY

By:   /S/ Hank Bond Walther
      HANK BOND WALTHER
      JOHN K. NEAL
      Trial Attorneys
      Court Id. No. A5501101 (Walther)
      United States Department of Justice
      1400 New York Ave., NW
      Washington, DC 20005
      Telephone: (202) 307-2538
      Fax: (202) 514-0152

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 28, 2009, I electronically filed the foregoing document, NOTICE OF RELATED CASE, with the Clerk of Court using CM/ECF.

Dated: May 28, 2009

/S/ John K. Neal
John K. Neal